### James McCabe v. John McKay.

IT was ruled in this case, that an application for
judgment on a frivolous demurrer, is an enumerated
motion, and it was also at another day, in this same
suit determined, that if the notice of motion specify
that it will be grounded on the frivolousness of the
demurrer, it will give the applicant a priority before
other enumerated causes, and entitle him to his judg-

ment on reading the affidavit of service, and of gen- eral notice for argument, if no opposition be made.